D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
ALINA MAMLYUK, #284154
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff and Chapter 7 Trustee,
RICHARD A. MARSHACK

FILED & ENTERED

AUG 26 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JOANNA ZHOU,<br><br>Debtor. | Case No. 8:24-bk-11297-SC<br><br>Chapter 7<br><br>Adv. No. 8:24-ap-01097-SC |
| RICHARD A. MARSHACK, in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Joanna Zhou,<br><br>v.<br><br>DANNY B. RICHARDS, an individual,<br><br>Defendant. | ORDER GRANTING MOTION FOR: (1) INTERLOCUTORY SALE ORDER PURSUANT TO 11 U.S.C. § 363(h) AND CALIFORNIA CODE OF CIVIL PROCEDURE § 872.820; (2) FOR TURNOVER ORDER AGAINST OCCUPANT DANNY B. RICHARDS; AND (3) OTHER REMEDIES INCLUDING PERMITTING TRUSTEE TO EXECUTE DOCUMENTS AND ENFORCE JUDGMENT THROUGH WRIT OF ASSISTANCE<br><br>Hearing Date:<br>Date:      August 15, 2024<br>Time:     11:00 a.m.<br>Location: Courtroom 5C / ZoomGov<br>              411 West Fourth Street<br>              Santa Ana, CA 92701 |

1

On August 15, 2024 at 11:00 a.m., the Court held a hearing on *Notice of Motion and Motion for: (1) Interlocutory Sale Order Pursuant to 11 U.S.C. § 363(h) and California Code of Civil Procedure § 872.820; (2) For Turnover Order Against Occupant Danny B. Richards; and (3) Other Remedies Including Permitting Trustee to Execute Documents and Enforce Judgment Through Writ of Assistance*, filed by Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee" or "Plaintiff") on July 25, 2024 as Docket No. 8 ("Motion"). D. Edward Hays appeared on behalf of Trustee. Defendant Danny B. Richards appeared in *pro per* in the courtroom.

For the reasons stated on the record, the Court granted the Motion, as modified on the record. The Court enters its order as follows:

IT IS ORDERED:

1. The Motion is granted, as modified on the record.

2. Trustee is authorized to market the entire interest in real property commonly known as 190 Cecil Place, Costa Mesa, CA ("Property") for sale pursuant to 11 U.S.C. § 363(h), and is authorized to, subject to satisfaction of all factors under 11 U.S.C. § 363(b) by subsequent noticed motion and a hearing, seek to sell the entire Property including any interest of Danny B. Richards, the co-owner.

3. Provided that the Court approves a subsequent sale of the Property, Trustee shall only distribute funds from such sale with express authorization of the Court, and hold all unallocated funds pending further order of the Court or agreement between the parties.

4. Pursuant to 11 U.S.C. § 542(a), Danny B. Richards ("Richards") and all unknown occupants (if any) shall cooperate with Trustee to permit showings of the Property and Richards shall cooperate with commercially reasonable marketing efforts by the Trustee.

5. If Richards fails to cooperate with Trustee, Trustee shall be entitled to enforce this interlocutory judgment for turnover pursuant to Local Bankruptcy Rule 7064-1(e), including requesting a writ of assistance from the United States Marshals Service if Richards is found in contempt of court.

6. Subject to subsequent motion to authorize a sale of the Property, Trustee is empowered under Federal Rule of Bankruptcy Procedure 7070 to sign all necessary documents to convey title to

the Property to a prospective purchaser, and the agreement of neither Joanna Zhou nor Danny Richards is required or necessary to convey title to the Property; and

7. Richards shall not impede Trustee's professionals, including but not limited to Trustee's real estate agent Clarence Yoshikane and Jennifer Toyama, from marketing the Property or showing the Property to prospective buyers.

8. Richards shall not impede prospective buyers, as identified by Trustee's professionals, to view the Property.

###

Date: August 26, 2024

Scott C. Clarkson
United States Bankruptcy Judge