| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>TINHO MANG, #322146<br>tmang@marshackhays.com<br>ALINA MAMLYUK, #284154<br>amamlyuk@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, California 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff Trustee Richard A. Marshack | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>JOANNA ZHOU,<br><br><br>Debtor(s). | CASE NO.: 8:24-bk-11297-SC<br><br>ADVERSARY NO.: 8:24-ap-01097-SC<br><br>CHAPTER: 7 |
|---|---|
| RICHARD A. MARSHACK, in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Joanna Zhou,<br><br>Plaintiff(s).<br>vs.<br>DANNY B. RICHARDS, an individual,<br><br><br><br>Defendant(s). | **UNILATERAL**<br>~~JOINT~~ **STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 09/10/2024<br>TIME: 1:30 p.m.<br>COURTROOM: 5C<br>ADDRESS: 411 West Fourth Street<br>Santa Ana, CA 92701 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☒ Yes  ☐ No
3. Have all motions addressed to the Claims Documents been resolved?  ☒ Yes  ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☐ Yes  ☒ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

    Multiple efforts have been made over the past few weeks to obtain Mr. Richards' cooperation. Mr. Richards indicated via e-mail on September 3, 2024 that he is currently hospitalized and was not able to provide input on the status report. Please see the attachments.

B. **READINESS FOR TRIAL:**

 1. When will you be ready for trial in this case?

    | Plaintiff | Defendant |
    |---|---|
    | 6 months after commencement of discovery. | |

 2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

    | Plaintiff | Defendant |
    |---|---|
    | Trustee's current focus is on liquidating the property. If an accounting trial is necessary, discovery may be required. | |

 3. When do you expect to complete <u>your</u> discovery efforts?

    | Plaintiff | Defendant |
    |---|---|
    | Discovery, if re-set in this case, will be approximately 6 months. | |

 4. What additional discovery do you require to prepare for trial?

    | Plaintiff | Defendant |
    |---|---|
    | Oral deposition of parties, written accounting including financial statements. | |

C. **TRIAL TIME:**

 1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

    | Plaintiff | Defendant |
    |---|---|
    | 1-2 days | |

 2. How many witnesses do you intend to call at trial (*including opposing parties*)?

    | Plaintiff | Defendant |
    |---|---|
    | At least 3 | |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                     Page 2                     **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

          <u>Plaintiff</u>           <u>Defendant</u>

Unknown at this time.

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☐ is ☐ is not requested |
| Reasons: | Reasons: |

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Pretrial conference should be set <u>after</u>: | Pretrial conference should be set <u>after</u>: |
| (*date*) 06/10/2025 | (*date*) _____ |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

    Trustee has attempted to secure defendant's consent to sell the property and also for terms for the voluntary turnover of the property. Defendant has not responded positively to these proffers and has not responded since the hearing on August 15.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*      Page 3      F 7016-1.STATUS.REPORT

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

|  Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff's comments:

This proceeding is in an unusual procedural posture due to the debtor filing for bankruptcy shortly before a scheduled accounting trial, and presumably the expiration of discovery in the underlying state court action where both parties' counsel withdrew and the parties were both self-represented. Trustee's first objective is to sell the co-owned property at issue and hold the proceeds. Trustee's second objective is to attempt to negotiate a settlement between the parties regarding the distribution of those proceeds. If these efforts fail, the Trustee must prosecute this case and liquidate the accounting claims, which will necessitate collecting all of the facts through discovery. Trustee requests a 4-month continuance of the status conference and the setting of discovery deadlines only if necessary.

Additionally, although defendant Danny Richards has stated that he intends to cooperate with the Trustee to market the property for sale, he has not provided any times for a property inspection but has been communicating through e-mail. Trustee invites Mr. Richards to attend the status conference on September 10 regarding his compliance with the order to cooperate. Please see the attached communications and declarations.

Respectfully submitted,

Date: 09/03/2024

Marshack Hays Wood LLP
Printed name of law firm

/s/ Tinho Mang
Signature

Tinho Mang
Printed name

Attorney for: Chapter 7 Trustee Richard Marshack

Date: _____

_____
Printed name of law firm

**DID NOT SIGN**
Signature

Danny B. Richards
Printed name

Attorney for: self represented

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 4    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **UNILATERAL STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 27, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK, CHAPTER 7 TRUSTEE:** D Edward Hays
  ehays@marshackhays.com, ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK, CHAPTER 7 TRUSTEE:** Tinho Mang
  tmang@marshackhays.com, tmang@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **CHAPTER 7 TRUSTEE:** Richard A Marshack pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **August 26, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEFENDANT**
DANNY B RICHARDS
190 CECIL PLACE
COSTA MESA, CA 92627

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 26, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

**VIA EMAIL:**
**DEFENDANT**
DANNY B RICHARDS
danrichards522@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 27, 2024 | Kathleen Frederick | /s/ Kathleen Frederick |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           **F 9013-3.1.PROOF.SERVICE**