D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
ALINA MAMLYUK, #284154
amamlyuk@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff and Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JOANNA ZHOU,<br><br>Debtor. | Case No. 8:24-bk-11297-SC<br><br>Chapter 7<br><br>Adv. No. 8:24-ap-01097-SC |
| RICHARD A. MARSHACK, in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Joanna Zhou,<br><br>v.<br><br>DANNY B. RICHARDS, an individual,<br><br>Defendant. | DECLARATIONS OF RICHARD A. MARSHACK, TINHO MANG, AND CLARENCE YOSHIKANE RE: UNILATERAL STATUS REPORT AND DEFENDANT'S COOPERATION<br><br><u>Status Conference Date:</u><br>Date:      September 10, 2024<br>Time:      1:30 p.m.<br>Location: Courtroom 5C / ZoomGov<br>               411 West Fourth Street<br>               Santa Ana, CA 92701 |

    Plaintiff and Chapter 7 Trustee Richard A. Marshack submits the following three declarations in support of Trustee's unilateral status report in the above-captioned action.

# Declaration of Richard A. Marshack

I, RICHARD A. MARSHACK, state and declare as follows:

1. I am an individual over 18 years of age and competent to make this declaration.

2. I am the Chapter 7 trustee ("Trustee") of the bankruptcy estate ("Estate") of Joanna Zhou ("Debtor").

3. I am informed that defendant Danny Richards ("Mr. Richards") currently occupies the real property located at 190 Cecil Place, Costa Mesa, CA ("Property").

4. I have previously obtained an order of the Court authorizing me to market the Property for sale, by my real estate agent Clarence Yoshikane.

5. I am informed by Mr. Yoshikane that since August 15, 2024, he has made multiple efforts to contact the defendant Mr. Richards and has not been able to make an appointment with Mr. Richards, despite leaving multiple voicemails.

6. I am informed by my counsel that Mr. Richards has also not responded to my counsel to provide a date and time for my agents to examine the Property.

7. I believe that if Mr. Richards fails to cooperate with my agents, the Court should enter an order removing Mr. Richards and all other occupants from the Property with the assistance of the United States Marshals Service.

8. I am informed that no one is paying the mortgage on the Property, and I am also informed that the homeowners' association (an association with four units, including the Property) has not been paid for over two years. So long as I do not have possession or access to the Property, the value of the Property will likely deteriorate and I will not have the ability to properly market it or deliver possession to a third party purchaser.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2024.

RICHARD A. MARSHACK

# Declaration of Tinho Mang

I, TINHO MANG, state and declare as follows:

1. I am an individual over 18 years of age and competent to make this declaration.

2. I am an associate at Marshack Hays Wood LLP, counsel for Richard A. Marshack, Chapter 7 trustee and plaintiff in this action ("Trustee" or "Plaintiff").

3. On July 30, 2024, our firm sent a letter to the real property located at 190 Cecil Place, Costa Mesa, CA ("Property") addressed to Danny Richards, requesting that Mr. Richards reach out to our firm to discuss the case. On August 8, 2024, Mr. Richards called our office and left a message with the receptionist asking to discuss the case. We have subsequently used this phone number as the number for Mr. Richards. When we call this number, it goes straight to voicemail without ringing.

4. I am informed that my co-counsel Ms. Mamlyuk spoke with Mr. Richards on or about August 9, 2024. I transmitted the hearing information for August 15, 2024 to Mr. Richards via e-mail.

5. I am informed that on August 15, 2024, Danny Richards appeared in person at the hearing on the Trustee's motion for an order authorizing turnover and marketing of the Property. The Property is co-owned by debtor Joanna Zhou and Mr. Richards.

6. On Monday, August 26, 2024, I sent an email to Danny Richards at [danrichards522@gmail.com](danrichards522@gmail.com) with a fillable PDF form for the joint status report. I asked him to provide his comments in the righthand column, to sign on the last page, and to return to us for filing. I also enclosed a copy of the court's entered order after the hearing on August 15. I did not receive a response on August 26.

7. On August 26, 2024, at my direction, a copy of the entered order granting the Trustee's motion for an interlocutory sale order was served on Defendant via Federal Express. A proof of service of the order was filed on August 27, 2024 as Dk. No. 19.

8. On August 27, 2024, I followed up with Mr. Richards via email and reminded him that the joint status report was due on that day.

9. On August 29, 2024, I received an e-mail response from Mr. Richards stating as follows:

> To know my bankruptcy, fraud, torture, bullshit partner why don't you give me a call and explain some of this how come I wasn't involved in the court and I haven't been involved in any of the contracts written by Miss Zhou I license broker for the last four years and I'm being called uncooperative I think we're on dangerous ground lunch. Give me a call brother.
>
> I told you this was collusion if your organization is getting involved in it, you can at least explain and get some time to me like Joanna Zhou has not done for for documented years every court documents submitted, including this one is fraud so let's move forward

In response to this communication, I again encouraged Mr. Richards to fill in his portion of the joint status report. I did not receive any comments to the joint status report on that date.

10. On August 30, 2024, I received a very lengthy further e-mail response from Mr. Richards. I exchanged further e-mails with Mr. Richards but he stated on September 3, 2024 that he was in the hospital and would be unable to provide comments on the joint status report. As a substitute, I offered to attach the entire e-mail chain as a substitute for the status report; a true and correct copy of all of the e-mail correspondence chain from August 26, 2024 through September 3, 2024 as described above is attached as Exhibit "1" and incorporated by reference.

11. I am informed that Mr. Yoshikane has not been able to get a response from Mr. Richards to visit the Property and report on the condition of the Property. Although it appears from the e-mail correspondences that Mr. Richards believes he is cooperating, or that he intends to cooperate, to date, we have not been able to access the Property.

12. To the extent that Mr. Richards is concerned about any costs to move out of the Property, the Trustee has previously extended a willingness to (subject to approval of the Court) advance a specified dollar amount of move-out expenses.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2024.

/s/ *Tinho Mang*
TINHO MANG

## Declaration of Clarence Yoshikane

I, CLARENCE YOSHIKANE, state and declare as follows:

1. I am an individual over 18 years of age and competent to make this declaration.

2. I am the Trustee's real estate agent in this case.

3. Since the Court's hearing on August 15, 2024, I have attempted repeatedly to contact Mr. Danny Richards to inspect the property at 190 Cecil Place, Costa Mesa, CA ("Property").

4. I was provided with a telephone number for Mr. Richards from Trustee's counsel. My phone records show the following attempts to contact Mr. Richards:

   a. August 21, 2024 at 1:49 p.m. – I left a voicemail message with no response.

   b. August 26, 2024 at 9:36 a.m. – I left a voicemail message with no response.

   c. August 26, 2024 at 3:45 p.m. – I left a voicemail message with no response.

   d. August 26, 2024 at 5:24 p.m. – I called but there was no response. I did not leave a further voicemail.

   e. August 26, 2024 at 9:24 p.m. – Mr. Richards attempted to call me but I was not able to pick up.

   f. August 26, 2024 at 9:25 p.m. – Mr. Richards called a second time and after I did not pick up, he left a voicemail.

   g. August 27, 2024 at 9:07 a.m. – I left a voicemail message with no response.

   h. August 30, 2024 at 1:27 p.m. – I left a voicemail message with no response.

   i. September 3, 2024 at 10:59 a.m. – I left a voicemail message with no response.

5. On August 26, 2024 at approximately 9:27 pm, Mr. Richards left me a voicemail stating approximately as follows:

> Hi, this message is for Connie (*sic*). This is Dan Richards. I was returning your call. Um, yeah, I've got a life and I'm busy and I'm very sick and this whole last couple of years, um, I've been accused of being non-cooperative and I'm not going to be bullied by this whole process nor the judge. This woman has not spoken to me for three years. I've accepted two of her deals to sell the house and she won't sell it. She's bankrupted me, she's left me without a car, my life is very difficult right now and I'm dealing with a false imprisonment situation with criminal charges. I have another court case. So, respectably, uh, I'm not gonna play this non-cooperative game 'cause my intention more is to put her in jail. She shouldn't be bankrupt. She's a multi-millionaire. So just so you know I'm not gonna be bullied on this. Do try to get a hold of me but do understand that I have a life. I've been painted out to be some loser which is not true. It's taken a lot of work to turn this thing around which I've done, and um, you know, so just let's not try to perpetuate that 'cause it's defamation, Okay? Thank you.

6.      I have never been provided with a date and time to meet Mr. Richards at the Property. In my professional opinion, it is necessary for me to conduct an in-person evaluation of the Property in its current condition in order to determine any adjustments to the value of the Property. Moreover, I will need reasonable access to the Property to show the Property to any interested purchasers or overbidders.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2024.

_____
CLARENCE YOSHIKANE

# Exhibit "1"

**From:** Tinho Mang
**Sent:** Tuesday, September 3, 2024 6:54 PM
**To:** Dan Richards
**Subject:** RE: Marshack v. Richards - Joint Status Report

Mr. Richards, what I'll do is attach this email chain to the status report as your input.

The next hearing is on September 10, 2024 at 1:30 p.m. You can join via remote means if it's too burdensome to come in person to courtroom 5C. Please let us know if you intend on going and we can let the court know as well.

Tinho

---

**From:** Dan Richards <danrichards522@gmail.com>
**Sent:** Tuesday, September 3, 2024 3:51 PM
**To:** Tinho Mang <tmang@marshackhays.com>
**Subject:** Re: Marshack v. Richards - Joint Status Report

Hello Tinho,

I fell ill a few days ago, I've been admitted to the hospital with sepsis, I guess it's pretty bad

I'm supposed to be in her couple of days, I still haven't had a chance to review anything honestly, don't know what's happening with this case at all

That puts me at a major disadvantage

I'm not sure what could be done, but I know for a fact that Miss Zhou has numerous homes, and the only urgency is really designed to harm me that's the intent

Obviously it is. You mentioned a court date that may have passed, and you also mention the 10th.

I'm sure she's going to be pleased that I'm sick and want to move forward as quickly as possible while I'm down, I just wanna let you know I'm not being difficult so I never have been as I've mentioned this is a major fraud, she had a felony fraud case against her due to it, but it was magically dropped

I just wanna let you know I'm not being uncooperative I'm not the criminal. I'm a man is being chased out of his hometown because Joanna has made up stories about me and she's out of her mind, so it's a District Attorney, who needs to be replaced.

Talk about psychotic, together the two of them are quite a team, a self-destructive team

I thought you were well, please advise if there's anything pending I'm not able to do the papers for this time

Thank you

On Fri, Aug 30, 2024 at 1:51 PM Tinho Mang <tmang@marshackhays.com> wrote:

Hi Mr. Richards,

Understood. If you are able to get to the joint status report before next week on Tuesday, that would be fine as well. Otherwise we will be filing the status report as-is and I would attach this email chain as a substitute for your input on the form, to explain to the court what your position is.

The court's next hearing in this matter is on September 10, 2024 at 1:30 pm. Appearances can be made either in person or through Zoom. If you would like the Zoom connection information, please just let us know and we will provide it.

Tinho

**From:** Dan Richards <danrichards522@gmail.com>
**Sent:** Friday, August 30, 2024 12:35 PM
**To:** Tinho Mang <tmang@marshackhays.com>
**Cc:** Ed Hays <EHays@MarshackHays.com>; Alina Mamlyuk <amamlyuk@marshackhays.com>
**Subject:** Re: Marshack v. Richards - Joint Status Report

I hope to have time to look at it today, so you need to understand that this entire four years I have not been involved either on paper or in discussion regarding any matter regarding the sale of the house.

The previous court ordered agent that I selected was Tim Carr, there was two separate occasions where legal activities still took place, theft of criminal files from my office during the showing of the highest bidder, John and Colin Nguyen, and my doc you sign was used again on authorized to cancel a contract that came straight through doc you sign and bypassed Mr. Carr, there is no reference to my name anywhere on the document. I believe that was the fifth contract that Miss Zhou tried to push and demand that I sign sight unseen not sure who checked off all the DRE required boxes of my participation, but my signature was used to retract the document out of DocuSign I never had any knowledge any activity.

That's why I said it's defamation that I intend on pursuing and I don't want that to extend to anybody else is offices I've done cease-and-desist to five different title companies, other licensed real estate brokers, who ignore the law completely and insist I get nothing for my share of the house even though it said I will

2

get 50% they have bankrupted me on purpose I am $1.7 million in the hole altogether, because of a premeditated plan by Ms Zhou, which was excepted and identified by Costa Mesa police as identity, stuffed with malicious intent to real estate fraud, and concurred by the office of the district attorney, who opened a case with Miss Zhou as one of the two targets of the felony investigation

Then it was suddenly dropped. I was denied my Marcy rides been denied every right as an American bye County Of Orange agency altogether, as well as the Costa Mesa Police Department, both refuse to follow the federal code for identity theft, which says you must arrest her, it does not say shell for some reason, but it does say you must arrester, especially if it's found to be of malicious, intent, which was identified by Costa Mesa police investigators, I had never heard of real estate fraud

Now they know nothing about it

She stole my ID and has been using it as well as taking money from my bank account, denying me access to my share of the equity for a total of 4 years, that's four YEARS, 5 Fraudulent Court cases which were intended to stress, my autoimmune condition per the premeditated plan, causing loss of employment, forcing in default on my portion of the contract for three months, "force quit contract"

If either party can't pay what was affordable on my pension, which is now been illegally tampered with, for the same purpose of protecting all perpetrators involved, denying me legal access and representation, but at the core, the main intent is to cause my body to eat itself alive due to stress

They would've lasted 10 minutes in my shoes and I have endured it and she still, along with the District, Attorney and the police are trying to assert that I am not cooperating. It's ridiculous.

It's a shit storm end. I've apologize if I'm not being politically correct, but I happen to think with the first amendment right that are politicians suck, and I will not be attacked with my tax dollars.

I understand the power behind this group and I don't fucking care, they are trying to kill me. It's that simple.

Thank you for your time

3

With great cooperation, unlike the kidnapping/arrest as a mass, murdering gun, toting gang member, ruining every aspect of my life, the tactical cruelty stands out greater than any other aspect, and as I begged for them to stop as my leg will be cut off due to a tumor that everyone is aware of, as well as intimately, aware of my autoimmune condition, and how to manipulate it, as my performance depended on slide accommodations to keep me going, thus they knew exactly how to stop me

Only the left or IQs at home every day for 3 1/2 years now I would not have lost the time I would not be sick. I would not have lost my health insurance on purpose while being attacked and prevented from receiving medical care it's documented it's public record.

Simply was a fair warning I'm a realist I don't do Narnia I don't do informed and believe I don't know who informed anybody and I don't care what they believe. What does the code say?

I'm a realist I can't help it

Miss Zhou had an emergency expert today, I want to go into her bribing of my attorneys on two separate occasions, which is documented, or the illegal addiction that is on paper as an admission of Miss Joe, while it was under court authority in an active litigation.  I managed to make bail which was not part of the plan, the locks have been changed my personal effects including medicines, especially physical therapy equipment, food cleaning supplies, everything bicycles, kayaks cars $75,000 worth of specialized tools accumulated over 50 years, personal effects since childhood, they were all given away, flea market style, as well as the damage from the first entry into the exterior door, and every internal door, which she had keys to.

She said she was simply staging the house for immediate sale despite the courts authority, and I would receive my money in 2024, this was September of 2022. Evidence indicates she had been promised my incarceration for the full maximum term of the forged charges, which would've been two years. She can't even keep her mouth shut. I believe she's doing it to people on purpose and there's over 100 people now thrown under the bus.  She's no one's friend, her effort for the emergency hearing was before Thanksgiving, in which she stated I would be homeless food list and waterless for Thanksgiving.

How do I go waterless Ms Zhou?

But I appreciate the sentiment because I did work my entire life for this I wasn't born rich and I'm not a millionaire thanks to her, leaving with the money while I was in surgery to remove a tumor, which is now reformed as expected in the arrest two years ago was one week before my meeting with my doctor to plan for its removal so we've got a shit storm, I will likely lose my leg as the tumor was growing very near a nerve intendant, either of which the leg will need to be separate

All parties are aware of that, and they still laugh and mock me, it's disgusting behavior for a millionaire, especially since she was paralyzed with anxiety. When I met her, I carried her for seven years in the whole time she was gaslighting me, and she has destroyed my family, my sons, my sister and an 81-year-old woman with Parkinson's, who I was caretaking, the woman does not care anything about human beings, that's a personal comment, but I know her and you don't, I'm a realist, and I don't apologize for that. Her behavior, entitled attitude, vicious on truths and rumors that have harmed and potentially ruined careers of others with blatant disregard, with conduct that is unmask a bowl and repulsive to any human being much less the one that made her dreams come true, which I will now take them apart.

Returning the sentiment, of course, I begged her just to go be happy and give me what belong to me and so far she has hurt hundreds of people, refusing to give me my money, attempting to sell and not giving me a move out date to stage another arrest when they shot at turnover day with the police to say "I am uncooperative"

I know these guys are nasty I know they're powerful, but I think we need more for our tax dollars and if they can't take a fucking joke then that's too bad, I'm an American and I'm tired of my opinion theoretically they're my employees they're not thugs on paper, that's a sensitive subject, which I hold a very unique opinion and leverage on, and I have expressed such sentiment to Cell authorities , who have tactically destroyed my life and literally laughed about it

To this day, they will not tell me what's going on with my sons they will not allow myself to talk to me yada yada yada it's a shit storm

I'm not only cooperating I'm juggling insurmountable, odds in attack for which I hold the cards, so yeah, I'm a little bit tied up. Thanks to the contact of the princess, the innocent, one who has not made a mockery of her court system with her doppelgänger, who is not hurt and risked hundreds of peoples life's work, using their name for her petty purpose.

And that's the way it was on July 29, 2021, on the fourth day of attacks when she attempted to stab me and left on a vacation booked in March

How do you authorities done their job as they initially began to have they followed through I would not have lost one dime, I would not be disabled, I would be employed, and I would have medical insurance, and I would've not of been forced into a Mexican standoff with a sovereign authority, which I warned them on paper not to do because Miss Zhou cannot be trusted, do not leave her alone in your office. Do not let her see your clients Social Security numbers you need to trust me on that one or take the risk she just needs a glance.

I'm sorry but these doppelgängers just didn't do it, right

Thank you for your time and your understanding. I am very ill and I'm still being vindictively prosecuted, I've been threatened with incarceration, repeatedly, repeatedly and repeatedly by my own public defender.

Yeah, I'm not cooperating

That's not gonna fly anymore

God bless,

On Thu, Aug 29, 2024 at 11:57 AM Tinho Mang <tmang@marshackhays.com> wrote:

Hi Mr. Richards,

I welcome you to simply provide your input on the attached draft joint status report. Look forward to hearing from you – a phone call is not necessary to fill out the form. Additionally, please provide to us a time where Clarence can come in to view the property. You will be completely included in the marketing and sale process but we cannot work with you if you do not provide us with access. Thanks!

**EXHIBIT 1, Page 12**

Tinho

**From:** Dan Richards <danrichards522@gmail.com>
**Sent:** Thursday, August 29, 2024 11:27 AM
**To:** Tinho Mang <tmang@marshackhays.com>
**Subject:** Re: Marshack v. Richards - Joint Status Report

To know my bankruptcy, fraud, torture, bullshit partner why don't you give me a call and explain some of this how come I wasn't involved in the court and I haven't been involved in any of the contracts written by Miss Zhou I license broker for the last four years and I'm being called uncooperative I think we're on dangerous ground lunch. Give me a call brother.

I told you this was collusion if your organization is getting involved in it, you can at least explain and get some time to me like Joanna Zhou has not done for for documented years every court documents submitted, including this one is fraud so let's move forward

On Mon, Aug 26, 2024 at 1:20 PM Tinho Mang <tmang@marshackhays.com> wrote:

Mr. Richards,

Attached please find a fillable PDF form for a status report, which is **due tomorrow**. Please provide your comments and input in the righthand column and, when completed, please sign and return on the last page so we can file.

Additionally, this afternoon, the court entered its order granting the trustee's motion for an interlocutory sale order. Please be advised that if we do not receive a response from you by the status conference on September 10, the trustee will likely seek to enforce this order.

If you have any questions please do not hesitate to reach out.

Tinho

7

**EXHIBIT 1, Page 13**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **DECLARATIONS OF RICHARD A. MARSHACK, TINHO MANG, AND CLARENCE YOSHIKANE RE: UNILATERAL STATUS REPORT AND DEFENDANT'S COOPERATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 27, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK, CHAPTER 7 TRUSTEE:** D Edward Hays
  ehays@marshackhays.com, ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK, CHAPTER 7 TRUSTEE:** Tinho Mang
  tmang@marshackhays.com, tmang@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **CHAPTER 7 TRUSTEE:** Richard A Marshack pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **August 26, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**DEFENDANT**
DANNY B RICHARDS
190 CECIL PLACE
COSTA MESA, CA 92627

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 26, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| VIA PERSONAL DELIVERY: | VIA EMAIL: |
|---|---|
| **PRESIDING JUDGE'S COPY** | **DEFENDANT** |
| HONORABLE SCOTT C. CLARKSON | DANNY B RICHARDS |
| UNITED STATES BANKRUPTCY COURT | danrichards522@gmail.com |
| CENTRAL DISTRICT OF CALIFORNIA | |
| RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE | |
| 411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C | |
| SANTA ANA, CA 92701-4593 | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 27, 2024 | Kathleen Frederick | */s/ Kathleen Frederick* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                       **F 9013-3.1.PROOF.SERVICE**