RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JOANNA ZHOU,<br><br>Debtor.<br><br>RICHARD A. MARSHACK, in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Joanna Zhou,<br><br>v.<br><br>DANNY B. RICHARDS, an individual,<br><br>Defendant. | Case No.  8:24-bk-11297-SC<br><br>Chapter 7<br><br>Adv. No. 8:24-ap-01097-SC<br><br>DECLARATION OF TRUSTEE RE: INSURANCE FOR REAL PROPERTY |

I, RICHARD A. MARSHACK, declare and state as follows:

1. I am the Chapter 7 Trustee of the Bankruptcy Estate of Joanna Zhou ("Debtor"). I have personal knowledge of the facts set forth herein, and if called upon to do so, could and would competently testify to those facts.

2. On May 21, 2024, Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code. On the same day, I was appointed as Trustee.

3. In her Schedule A/B, Debtor listed an interest in a certain real property located at and commonly known as 190 Cecil Place, Costa Mesa, CA 92627 (the "Property") with a value of $1,400,000.

4. The Property appears to be co-owned by Debtor and a non-debtor third party named Daniel B. Richards ("Richards"), 50%/50% as tenants in common.

5. Richards is not cooperating and refuses to leave the Property.

6. On July 9, 2024, I filed a notice of removal of civil action regarding a pre-petition partition lawsuit originally filed by Debtor in the Orange County Superior Court, case no. 30-2022-1249998-CU-OR-CJC ("Partition Action"), commencing removed adversary proceeding number 8:24-ap-01097-SC ("Removed Action").

7. Recently, I was advised that the homeowners' insurance for Property may have lapsed.

8. As such, I requested coverage from my usual trustee insurance broker and was advised that, because I do not have possession of the Property due to Richards' lack of cooperation, the insurance carrier will not bind full coverage to protect the Property. At this time, I am advised, I can only get general liability insurance coverage. It is my understanding that the carrier will not bind insurance to cover the structure.

9. In the meantime, I have only secured general liability coverage.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 6, 2024.

   /s/ Richard A. Marshack
RICHARD A. MARSHACK

2
DECLARATION RE: INSURANCE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 6, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK, CHAPTER 7 TRUSTEE:** D Edward Hays
  ehays@marshackhays.com, ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK, CHAPTER 7 TRUSTEE:** Tinho Mang
  tmang@marshackhays.com, tmang@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **CHAPTER 7 TRUSTEE:** Richard A Marshack pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **September 6, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEFENDANT**
DANNY B RICHARDS
190 CECIL PLACE
COSTA MESA, CA 92627

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 6, 2024 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE